IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | |
| WILLIAM COIT | : | NO. 19-mj-1846 |

ORDER

AND NOW, this 23rd day of December, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant to revoke the denial of pretrial release (Doc. # 17) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                         J.